1  TIM CUNNIGHAM (*pro hac vice* application forthcoming)
     timcunningham@dwt.com
2  MARCY BLATTNER MICALE (State Bar No. 319868)
     marcymicale@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
4  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
5  Fax:  (213) 633-6899

6  Attorneys for Defendant
   AMAZON.COM SERVICES LLC
7

8
                        UNITED STATES DISTRICT COURT
9
                       CENTRAL DISTRICT OF CALIFORNIA
10

11
   RACHEL CLENTWORTH, an            Case No. 2:23-CV-8453
12 individual,
                                    **DEFENDANT AMAZON.COM
13              Petitioner,          SERVICES LLC'S NOTICE OF
                                     REMOVAL**
14      vs.
                                    (Diversity Jurisdiction 28 U.S.C.
15 AMAZON.COM SERVICES LLC, a       §§ 1332, 1441)
   Delaware Limited Liability Company,
16                                  (Removed from LASC Case No.
                Defendant.           23STCP03200)
17
                                    [Declaration of Marcy Blattner Micale;
18                                   Certificate of Interested Parties and
                                     Corporate Disclosure Statement Local
19                                   Rule 7.1-1; and Civil Cover Sheet Filed
                                     Concurrently Herewith]
20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant Amazon.com Services LLC ("Amazon") hereby removes the above-captioned action from the Superior Court of the State of California for the County of Los Angeles to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 on the grounds set forth below.

## I. JURISDICTION

1. This Court has original jurisdiction over this action under the diversity jurisdiction statute. 28 U.S.C. § 1332. Section 1332 grants district courts original jurisdiction over civil actions where the parties are completely diverse and the amount in controversy exceeds $75,000. Specifically, and as set forth in more detail below, the parties are completely diverse and Petitioner seeks to confirm an arbitration award well over $75,000. This action may therefore be removed to this Court by Defendant under 28 U.S.C. § 1441.

## II. THIS ACTION IS REMOVABLE UNDER 28 U.S.C. § 1446

### A. Removal Is Timely

2. Notice of removal is timely if it is filed within 30 days after service of the complaint or summons. 28 U.S.C. § 1446(b)(1).

3. On or about September 1, 2023, Petitioner filed a Petition to Confirm an arbitration award following an arbitration between Petitioner and Amazon. (Micale Decl., Ex. 1 ("Pet.").)

4. On September 7, 2023, Petitioner served Defendant's agent for service of process. (*See* Micale Decl., Ex. 2.)

5. On September 13, 2023, Petitioner filed a Proof of Service indicating that she had served the Petition on Amazon. (*See id.*)

6. This Notice of Removal is therefore timely because it is filed within 30 days from completion of service. 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

NOTICE OF REMOVAL — 1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

### B. Diversity Jurisdiction

#### 1. There Is Complete Diversity

7. There is complete diversity of citizenship between Petitioner and Amazon in this action. Complete diversity requires that "each defendant must be a citizen be of a different state from each plaintiff." *In re Digimarc Corp. Derivative Litig.*, 549 F.3d 1223, 1234 (9th Cir. 2008).

8. For purposes of assessing diversity jurisdiction, "LLCs have the citizenship of all of their owners/members." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 902 (9th Cir. 2006).

9. Amazon.com Services LLC's sole member is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in the State of Washington. Therefore, Amazon.com Services LLC is a citizen of Delaware and Washington, and was at both the time of filing of the underlying petition and at the time of removal.

10. Petitioner is a citizen of California, and was at both the time of filing of the underlying petition and at the time of removal. (*See* Pet. ¶ 2.)

11. Complete diversity of citizenship existed as of the time of the filing of the complaint in the state court action and as of the date of this Notice of Removal.

#### 2. The Amount in Controversy Exceeds $75,000

12. In removals based on diversity jurisdiction under 28 U.S.C. § 1332(a), "the sum demanded in good faith in the initial pleading shall be deemed the amount in controversy." 28 U.S.C. § 1446(c)(2). The amount in controversy in this action on the face of the Complaint exceeds $75,000 exclusive of interests and costs.

13. For purposes of Section 1332(a), the amount in controversy in a petition to confirm an arbitration award "is the value of the award itself to the petitioner." *LG Electronics MobileComm U.S.A., Inc. v. Reliance Communications, LLC*, 2018 WL 2059559, *4 (S.D. Cal. May 3, 2018) (collecting cases). The amount at stake for purposes of evaluating the amount in controversy is the amount

NOTICE OF REMOVAL     2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Petitioner seeks to confirm, including any attorneys' fees included in the underlying arbitration award. *Peraton Gov't Communications, Inc. v. Hawaii Pac. Teleport LP*, 2002 WL 3543342, *1 (9th Cir. Aug. 18, 2022). The amount in controversy also includes attorneys' fees. *Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 700 (9th Cir. 2007).

14. Here, the Petition establishes that Petitioner seeks to confirm an arbitration award in the amount of "$110,196.25," well above the $75,000 threshold for establishing jurisdiction under section 1332. (Pet. ¶ 14.) Beyond the award she seeks to confirm, which already exceeds the amount-in-controversy requirement, Petitioner seeks an undisclosed amount of attorneys' fees in connection with her petition. (Pet. ¶ 17.)

### 3. Removal Procedures Are Satisfied

15. The United States District Court for the Central District of California is the proper place to remove this action under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original action was filed and is pending. 28 U.S.C. §§ 1441(a), 1446(a).

16. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* U.S.C. § 1446(a).

17. Concurrently with filing of this Notice, Amazon is giving written notice to Petitioner and is filing a copy of this Notice with the clerk of the Superior Court for Los Angeles County pursuant to 28 U.S.C. § 1446(d).

18. Amazon does not waive and expressly preserves all objections, defenses, and exceptions authorized by law, including but not limited to those pursuant to Rule 12 of the Federal Rules of Civil Procedure.

19. THEREFORE, Amazon removes this action from the Superior Court for Los Angeles County to this Court and all further proceedings in this action shall be conducted in this Court as provided by law.

NOTICE OF REMOVAL

3

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | |
|---|---|
| DATED: October 6, 2023 | DAVIS WRIGHT TREMAINE LLP<br>TIM CUNNINGHAM<br>MARCY BLATTNER MICALE<br><br>*Marcy Blattner Micale* (signature)<br><br>By: _____<br>    Marcy Blattner Micale<br>Attorneys for Defendant<br>AMAZON.COM SERVICES LLC |

NOTICE OF REMOVAL     4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899