# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL CLENTWORTH, an individual,<br><br>Petitioner,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO. 2:23-CV-8453-SB-RAO<br><br>*[Hon. Stanley Blumenfeld, Jr.]*<br><br>**JUDGMENT** |

## JUDGMENT

1.  Pursuant to Section 9 of the Federal Arbitration Act, the August 14, 2023 Final Award issued by arbitrator Michael C. Denison in the arbitration captioned *Rachel Clentworth vs. Amazon.com Services LLC*, American Arbitration Association Case Number 01-21-0016-5271, a copy of which is attached hereto as Exhibit A, is hereby CONFIRMED.  Pursuant to the award, Respondent Amazon.com Services, LLC has paid Petitioner Rachel Clentworth the sum of $110,196.25, consisting of $25,000 in damages plus $85,196.25 in reasonable attorney's fees.

2.  Upon entry of this Judgment, this matter shall be closed, with no award of attorney's fees or costs.

**IT IS SO ORDERED.**

Dated: November 7, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

# AMERICAN ARBITRATION ASSOCIATION

*In the Matter of the Arbitration between*

    RACHEL CLENTWORTH, *an individual,*
        Claimant,

    -and-

    AMAZON.COM SERVICES LLC, *a Delaware corporation,*
        Respondent.

AAA Case Number: 01-21-0016-5271

---

## FINAL AWARD

    I, Michael C. Denison, THE UNDERSIGNED ARBITRATOR, have been designated in accordance with the arbitration agreement that controlled the relationship between the parties and the Consumer Arbitration Rules of the American Arbitration Association ("AAA"), and having been duly sworn and having duly heard the proofs and allegations of the parties, herby issues this FINAL AWARD as follows:

> Claimant Rachel Clentworth ("Claimant" or "Clentworth") is awarded against Respondent Amazon.Com Services LLC ("Respondent" or "Amazon") the sum of $110,196.25, consisting of $25,000 in damages, plus $85,196.25 in reasonable attorney fees.

    The award is based on the following.

    On 06/26/23 the Arbitrator issued an "Interim Award," which is incorporated herein as if stated in full. Pursuant to the Interim Award, the Arbitrator finds in favor of Claimant Clentworth and against Respondent Amazon in the amount of $25,000.00. This includes $4,510.15 in damages resulting from the proceeds in Claimant's Amazon account that was not refunded to her when her account was closed ("account damages"), trebled to $13,530.45 under the Washington Consumer Protection Act ("CPA"), plus $5,000.00, representing damages for Claimant's photos that were lost when her photo account was closed ("photo damages"), valued at $5.00 each for 1,000 photos, trebled to $15,000. The combination of the account damages and photo damages trebled would exceed $25,000, the limit under the CPA.

    After considering the evidence presented at trial, this award is based on the following findings.

1. Amazon's Conditions of Use ("COU") (R-1) constitutes a binding contract between the parties.
2. Although the COU is a contract of adhesion, its terms are not unconscionable as written.
3. Amazon's Service Conditions do not constitute a contract or contracts between the parties, although they are evidence of Amazon's policies.
4. Under the COU, Amazon reserved the right to refuse service, terminate accounts, terminate the consumer's right to use Amazon Services, or remove, edit content, or cancel orders in its sole discretion.
5. The COU provides that Amazon grants the consumer "a limited, non-exclusive, non-transferable, not sublicensable license to access and make personal and *non-commercial use* of the Amazon Services" (italics added).
6. Claimant used Amazon Services for commercial use, i.e., she purchased products on Amazon for the purpose of selling them, in violation of the COU, and Amazon's policies.
7. Based on 4, 5, and 6, Amazon cancelling Claimant's account was within its right.
8. Claimant did not meet her burden on Cause of Action ("CA) 1 for Breach of Contract.
9. Claimant met her burden on CA2 for Unjust Enrichment, i.e., $4,510.15 in account damages.
10. Claimant met her burden on CA3 for Conversion, i.e., $4,510.15 in account damages (duplicative of #9) and $5,000 in photo damages.
11. Claimant did not meet her burden on CA4 for Negligent Misrepresentation.
12. Claimant did not meet her burden on CA 5 for Violation of Washington Consumer Protection Act (RCW §19.86.020) for a deceptive act, but she did meet her burden for unfair acts, which duplicates the account damages and photo damages.
13. Under the CPA, the damages are trebled, but capped at $25,000.
14. Claimant is denied emotional distress damages.
15. Claimant is denied injunctive relief against Amazon.
16. If Amazon can recapture Clentworth's photos and return them to her, or make them accessible to her to download, the $5,000 in photo damages shall be vacated, and the total damages shall be $4,510.15, trebled to $13,531.50.

Moreover, on 08/14/23, the Arbitrator issued a "Ruling On Motion For Attorney Fees," which is incorporated herein as if stated in full. By that ruling, the Arbitrator awards Claimant Clentworth, and against Respondent Amazon, reasonable attorney fees in the sum of $85,196.25. This is computed as 75.73 hours for Attorney Edward Klein services, times $750 per hour, equaling $56,797.50, times a 1.5 lodestar multiplier. No attorney fees are awarded for Claimant's time.

The administrative fees of the AAA totaling $2,400.00 shall be borne as incurred, and the compensation of the arbitrator totaling $7,000.00 shall be borne as incurred.

Ex. A

   This award is in full settlement of all claims submitted to this arbitration. All claims not expressly granted herein are denied. Any enforcement of this Award shall be through the court and not the AAA.

Date: 08/14/23         _/s/ Michael C. Denison_

                Michael C. Denison,
                Arbitrator